**FILED**



4:59 pm, 2/7/24

**Margaret Botkins
Clerk of Court**

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF WYOMING

| | |
|---|---|
| CAROL W. GARRETT and TERRY LEE GARRETT<br><br>　　　　　　　　　　　Plaintiff<br><br>vs<br><br>WELLS FARGO BANK, N.A.,<br><br>　　　　　　　　　　　Defendant | Case Number: 24-CV-00007-SWS |

### JUDGMENT IN A CIVIL ACTION

This matter comes before the Court on Defendant's Rule 12 (b)(6) Motion to Dismiss. Pursuant to the Order entered February 7, 2024 GRANTING Defendant's Motion, IT IS HEREBY ORDERED AND ADJUDGED that a Judgment be entered on behalf of the Defendant and the matter is dismissed.

Dated this 7th day of February, 2024.

　　　　　　　　　　　　　　　　　　　　　　Margaret Botkins
　　　　　　　　　　　　　　　　　　　　　　Clerk of Court

　　　　　　　　　　　　　　　　　　　　　　By _____
　　　　　　　　　　　　　　　　　　　　　　Deputy Clerk